ORGANON INC. and Akzo Nobel N.V., Plaintiff–Appellee,

v.

AMIDE PHARMACEUTICAL, INC., Defendant–Appellant.

No. 04–1144.

United States Court of Appeals, Federal Circuit.

March 26, 2004.

Kevin J. McKenna, Principal Attorney, Gibbons, Del, Newark, NJ, for Plaintiffs–Appellees.

Norman H. Zivin, Principal Attorney, Robert D. Katz, Cooper & Dunham, of Counsel, New York, NY, Douglas F. Doyle, Edwards & Caldwell, of Counsel, Hawthorne, NJ, for Defendant–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

David W. HESS, Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 04–7063.

United States Court of Appeals, Federal Circuit.

March 26, 2004.

Martin F. Hockey, Jr., David M. Cohen, Washington, DC, for Respondent-Appellant.

Mark R. Lippman, La Jolla, CA, for Claimant-Appellee.

### ORDER

Upon consideration of the Secretary of Veterans Affairs' motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.